HUSAM SAMARAH (23018-112)
Defendant (1)
KHALIL M. HARKOUS (Defendant (2))
California City Correctional CTR.
P.O. Box 3001
California City, CA 93504

FILED
CLERK, U.S. DISTRICT COURT
AUG 15 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

*[Handwritten annotation across caption:] Denied. This note has been stricken against its defendant on previous reasons of his plea. [Signature] 8.15.08*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA ) CASE No.: 01-CR-00870-R
) 
Plaintiff, ) DEFENDANTS NOTICE OF MOTION AND
) MOTION TO DISMISS INDICTMENT
V. ) WITH PREJUDICE IN VIOLATION OF
) RULE 6(d)(1) OF FEDERAL RULES OF
HUSAM SAMARAH, ) CRIMINAL PROCEDURE AND
KHALIL HARKOUS ) 28 U.S.C §544, RENDERS DISTRICT
Defendants. ) COURT IS WITHOUT JURISDICTION.
) *AND ORDER DENYING MOTION*

Now comes the defendants, Husam Samarah and Khalil Harkous, in Pro Se, and respectfully moves this honorable court to dismiss the indictment on the following grounds:

1- The Grand Jury which found the indictment violated Rule 6(d)(1) of the Federal Rules of Criminal Procedure, in that an unauthorized person Mr. PETER A. FRANDSEN was present while the Grand Jury was in session considering evidence relating to the defendants.

2- The willful, delibrate and malicious prosecution by Mr. PETER A. FRANDSEN who's not authorized to represent United States, renders Government has not appeared, and since only government may bring criminal suit asserting violation of federal Law, case brought against defendants must be dismissed for lack of

a party having case or controversy with defendants, that is, district court is without jurisdiction. SEE United States Constitution article 3, § 2, clause 1.

3- Mr. PETER A. FRANDSEN fraudulent act perpetrated on the court and falsley misrepresented to Grand Jury, district court, and public that he is authorized to prosecute and present to the Grand Jury evidence and witnesses to obtain the above referenced indictment violated Federal Law under 28 U.S.C §§ 544, 547(1).

4- Mr. PETER A. FRANDSEN was not authorized to represent the United States as Assistant United States Attorney because he never took the 'Oath of Office' prior to prosecuting defendants case as mandated by federal Law under 28 U.S.C. § 544.

5- Defendants assert, that Mr. PETER A. FRANDSEN required by federal statute (5 U.S.C § 2906) after taken 'Oath-of-Office' under section 3331 of title 5, shall deliver by himself to and preserved by, the House of Congress, Agency, or Court to which the office pertains.

6- Defendants asserts, neither Government, House of Congress, nor courts to which Mr. PETER A. FRANDSEN admitted to practice Law disclosed or replied to defendants request to produce a copy of his employement as trial attorney and/or any evidence to validate the he took the 'Oath of Office' prior to present or appear before Grand Jury to obtain the above referenced indictment.

**CONCLUSION**

Defendants request that a hearing date be set for the presentation of evidence and arguments in support of this motion.

Date: AUGUST 11, 2008

Respectfully submitted

*[signature: Husam Samarah]*

HUSAM SAMARAH
'DEFENDANT (1)'

KHALIL M. HARKOUS
'DEFENDANT (2)'

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
CERTIFICATE OF SERVICE

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff-Respondent,<br><br>V.<br><br>HUSAM SAMARAH<br>    Defendant/Petitioner. | ) D.C No. CR-01-00870-R<br>)<br>) DEFENDANT'S DECLARATION OF<br>) SERVICE BY MAIL.<br>)<br>)<br>)<br>)<br>) |

I HUSAM SAMARAH 'DEFENDANT' certify under penalty of perjury, pursuant to 28 U.S.C.§ 1746, that I have placed a copy of this Motion titled: **"DEFENDANTS NOTICE OF MOTION AND MOTION TO DISMISS INDICTMENT WITH PREJUDICE IN VIOLATION OF RULE 6(d)(1) OF FEDERAL RULES OF CRIMINAL PROCEDURE AND 28 U.S.C § 544, RENDERS DISTRICT COURT IS WITHOUT JURISDICTION."** Into a separate, correctly addressed envelope affixed with proper and sufficient first class U.S. postage and deposited the envelopes into the prison mailbox, on the date below, to deliver to the following:

1. THOMAS P. O'BRIEN
   UNITED STATES ATTORNEY
   312 N. SPRING STREET
   LOS ANGELES, CA 90012

2. PETER A. FRANDSEN
   DEPARTMENT OF JUSTICE
   312 N. SPRING ST.
   LOS ANGELES, CA 90012

3. ROBERT BERKE
   ATTORNEY AT LAW
   3450 WILSHIRE BLVD.
   SUITE # 450
   LOS ANGELES, CA 90010

Executed on AUGUST 13, 2008 , at California City, California

By /s/ Husam Samarah
HUSAM SAMARAH
'DEFENDANT'